UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00090-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMBERTO ALONSO ORTIZ-ORONA,

    Defendant.

---

## ORDER DIRECTING CLERK TO MAKE FORM AVAILABLE
---

THIS MATTER comes before the Court upon the Defendant's letter filed on April 4, 2008 [#38]. The letter requests that Defendant be allowed to file a §2255 motion. Accordingly,

**IT IS ORDERED** that the Clerk is directed to **within 10 days** make a form for filing a motion under 28 U.S.C. §2255 available to Mr. Ortiz-Orona pursuant to Rule 2 of the Rules Governing §2255 Proceedings.

DATED this 9th day of April, 2008.

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge